NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVENTIS PHARMA S.A.** AND
**SANOFI-AVENTIS U.S., LLC,**
*Plaintiffs-Appellants,*

v.

**HOSPIRA, INC.,**
*Defendant-Appellee,*

and

**APOTEX INC.** AND **APOTEX CORP.,**
*Defendants-Cross Appellants.*

---

2011-1018, -1047

---

Appeals from the United States District Court for the District of Delaware in consolidated case nos. 07-CV-0721 and 08-CV-0496, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

Aventis Pharma S.A. moves for an extension of time, until January 25, 2011 to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The briefing schedule is further stayed, pending disposition of the motion to dismiss the cross-appeal.

FOR THE COURT

__JAN 3 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: George F. Pappas, Esq.
    James F. Hurst, Esq.
    Richard T. Ruzich, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 1 2011

JAN HORBALY
CLERK